UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY ANTHONY WOODS,

        Petitioner,               Case No. 1:12-cv-672

v.                                         Honorable Paul L. Maloney

WILLIE O. SMITH,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to hold these proceedings in abeyance (docket # 7) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated:  October 26, 2012                    /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge